UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| Justin Shawler | § | CIVIL ACTION NO: |
| | § | |
| *Plaintiff*, | § | |
| | § | SECTION “ ” ( ) |
| v. | § | |
| | § | |
| Ergon Asphalt & Emulsions, Inc. | § | |
| | § | |
| *Defendant*. | § | |

# **Plaintiff’s Original Petition for Damages**

Plaintiff Justin Shawler brings this action complaining of Defendant Ergon Asphalt & Emulsions, Inc. (“Defendant”) and would respectfully show the Court that:

## **I.**

## **Jurisdiction**

1. This claim is maintained under the general maritime law of the United States.

2. The Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1332.

## **II.**

## **Venue**

3. Venue is proper in this Court under 28 U.S.C. § 1391(b)(2) as a substantial part of the events giving rise to this claim occurred in Plaquemines Parish.

**III.**

**Parties**

4. Plaintiff is an American citizen and resident of Arizona.

5. Defendant Ergon Asphalt & Emulsions, Inc. is a Mississippi corporation that does a substantial amount of business in this District. Defendant Ergon Asphalt & Emulsions, Inc. may be served with process through its registered agent, CT Corporation System, 1999 Bryan Street, Suite 900, Dallas, Texas 75201.

**IV.**

**Nature of the Action**

6. This lawsuit is necessary as a result of personal injuries that Plaintiff received on or about May 3, 2015. On or about this date, Plaintiff was invited as a guest on a vessel, owned, operated and/or managed by Defendant. While the vessel was deployed on navigable waters, Plaintiff sustained serious injuries to his face, shoulder, arm, and other parts of his body when Defendant's captain abruptly stopped the vessel.

7. Defendant is negligent and negligent *per se* for the following reasons:

a. failure to properly supervise their crew;

b. failure to properly train their employees;

c. failure to provide adequate medical treatment;

d. operating the vessel with an inadequate crew;

e. failure to maintain the vessel;

f. negligently operating the vessel;

g. vicariously liable for their employees' negligence;

h. violating applicable Coast Guard, OSHA, and/or BSEE rules; and

i. other acts deemed negligent.

8. At all relevant times, Defendant's vessel was unseaworthy.

9. As a result of said occurrences, Plaintiff sustained severe injuries to his body, which resulted in physical pain, mental anguish, and other medical problems. Plaintiff has sustained severe pain, physical impairment, discomfort, mental anguish, and distress. In all reasonable probability, Plaintiff's physical pain, physical impairment and mental anguish will continue indefinitely. Plaintiff has also suffered a loss of earnings in the past, as well as a loss of future earning capacity. Plaintiff has incurred and will continue to incur pharmaceutical and medical expenses in connection with his injuries. Plaintiff has been damaged in a sum far in excess of the minimum jurisdictional limits of this Honorable Court, for which he now sues.

**V.**

**<u>Request for Trial by Jury</u>**

Plaintiff requests a trial by jury.

**VI.**

**<u>Prayer</u>**

Plaintiff prays that this citation issue and be served upon Defendant in a form and manner prescribed by law, requiring that the Defendant appear and answer, and that upon final hearing, Plaintiff has judgment against Defendant in a total sum in excess of the minimum jurisdictional limits of this Court, plus pre-judgment and post-judgment interests, all costs of Court, attorneys' fees, and all such other and further relief, to which he may show himself justly entitled.

Respectfully Submitted,

**ARNOLD & ITKIN LLP**

*/s/ Noah Wexler*__________
Noah Wexler
Bar Roll No. 34995
6009 Memorial Drive
Houston, Texas 77007
Tel: (713) 222-3800
Fax: (713) 222-38

**Attorney for Plaintiff**