**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**JUSTIN SHAWLER** | **CIVIL ACTION**

**VERSUS** | **No. 15-2599**

**BIG VALLEY, LLC** | **SECTION I**

**INTERROGATORIES TO THE JURY**

1. DO YOU FIND FROM A PREPONDERANCE OF THE EVIDENCE THAT THE DEFENDANT, BIG VALLEY, LLC, WAS NEGLIGENT **AND** THAT SUCH NEGLIGENCE WAS A PROXIMATE CAUSE OF THE DAMAGE OR INJURY TO THE PLAINTIFF, JUSTIN SHAWLER?

Yes _____ No __✓__

*If you answered "Yes" to Question No. 1, proceed to Question No. 2.*

*If you answered "No" to Question No. 1, **skip** the remaining questions, have the foreperson sign and date this form, and hand it to the Marshal.*

2. DO YOU FIND FROM A PREPONDERANCE OF THE EVIDENCE THAT THE PLAINTIFF, JUSTIN SHAWLER, WAS CONTRIBUTORILY NEGLIGENT **AND** THAT SUCH CONTRIBUTORY NEGLIGENCE WAS A PROXIMATE CAUSE OF HIS DAMAGE OR INJURY?

Yes _____ No _____

*If you answered "Yes" to Question No. 2, proceed to Question No. 3.*

*If you answered "No" to Question No. 2, **skip** Question No. 3 and proceed to Question No. 4.*

3. INDICATE WHAT PERCENTAGE OF THE PLAINTIFF'S DAMAGES YOU FIND FROM A PREPONDERANCE OF THE EVIDENCE TO HAVE BEEN PROXIMATELY CAUSED BY:

a. The negligence of the defendant, BIG VALLEY, LLC

_________%

b. The negligence of the plaintiff, JUSTIN SHAWLER.

_________%

THE TOTAL MUST EQUAL 100%

*Proceed to Question No. 4.*

4. WHAT AMOUNT, IF ANY, DO YOU FIND WILL FAIRLY AND ADEQUATELY COMPENSATE THE PLAINTIFF, JUSTIN SHAWLER, FOR THE INJURIES HE SUSTAINED AS A RESULT OF THE NEGLIGENCE OF THE DEFENDANT, BIG VALLEY, LLC.

**If you found plaintiff was contributorily negligent, do not make any deductions for his negligence. The court will make any calculations that are necessary.**

a. Past pain and suffering and past mental anguish. $____________

b. Future pain and suffering and future mental anguish. $____________

c. Past loss of income and/or benefits. $____________

d. Future loss of income, benefits, and/or earning capacity. $____________

e. Past medical expenses. $____________

f. Future medical expenses. $____________

*Proceed to Question No. 5.*

5. DO YOU FIND THAT THE M/V BIG VALLEY'S OWNER AND/OR MANAGEMENT KNEW OR SHOULD HAVE KNOWN ABOUT THE CONDITIONS OR ACTIONS THAT WERE LIKELY TO PROXIMATELY CAUSE THE ACCIDENT?

Yes _____ No _____

*The foreperson should sign and date this form and hand it to the Marshal.*

New Orleans, Louisiana, this 1st day of September, 2016.

FOREPERSON'S SIGNATURE
HAS BEEN REDACTED