**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**JUSTIN SHAWLER** — **CIVIL ACTION**

**VERSUS** — **No. 15-2599**

**ERGON ASPHALT & EMULSIONS, INC., AND BIG VALLEY, LLC** — **SECTION I**

**FINAL JUDGMENT**

A jury verdict[1] was returned in this case. Pursuant to that verdict,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that there be final judgment in favor of defendant, Big Valley, LLC, and against plaintiff, Justin Shawler, on all claims.

**IT IS FURTHER ORDERED** that all of plaintiff's claims be **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that each party shall bear its own costs.

New Orleans, Louisiana, September 6, 2016.

**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**

[1] R. Doc. No. 157.